Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–23327–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Elizabeth Cortez | Alfredo Cortez |
| 16 Harmon Road | 16 Harmon Road |
| Edison, NJ 08817 | Edison, NJ 08817 |

Social Security No.:
  xxx–xx–9579　　　　　　　　　　　　　　xxx–xx–6746

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 4, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: bwj

                                                            Jeanne Naughton
                                                             Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 19-23327-MBK
Elizabeth Cortez                                            Chapter 13
Alfredo Cortez
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3             Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db/jdb         +Elizabeth Cortez,    Alfredo Cortez,    16 Harmon Road,    Edison, NJ 08837-2735
518341965       American Express - Blue,    P.O. Box 36001,    Ft. Lauderdale, FL 3333-0001
518341966       American Express - Gold,    P.O. Box 36001,    Fort Lauderdale, FL 3333-0001
518341967      +American Express N.A.,    c/o Zwicker & Associates,    1105 Laurel Oak Rd., Suite 136,
                 Voorhees, NJ 08043-4312
518365860      +American Express National Bank, AENB,    c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518341968      +Angel Ramirez,    c/o Felix Lopez Montalvo, Esq.,    492 Mt. Prospect Ave.,
                 Newark, NJ 07104-2904
518654201      +Angel Ramirez,    2515 Davidson Avenue, Apt. 4E,    Bronx, NY 10468-4298
518421481      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518341971       Chase - Amazon,    P.O. Box 1423,    Charlotte, NC 28201-1423
518341972       Chase Bank, USA, N.A.,    P.O. Box 1423,    Charlotte, NC 28201-1423
518341973      +City of Newark - 2017 Quarter 1,    City of Newark Payroll Tax, 920 Broad St,
                 Newark, NJ 07102-2660
518341974      +City of Newark - 2017 Quarter 2,    City of Newark Payroll Tax, 920 Broad St,
                 Newark, NJ 07102-2660
518341975      +City of Newark - 2017 Quarter 3,    City of Newark Payroll Tax, 920 Broad St,
                 Newark, NJ 07102-2660
518341976      +City of Newark - 2017 Quarter 4,    City of Newark Payroll Tax, 920 Broad St,
                 Newark, NJ 07102-2660
518341981       Home Credit Line - Equity Loan,    P.O. Box 10335,    Des Moines, IA 50306-0335
518341982       Home Depot,    P.O. Box 9001030,    Lousville, KY 40290-1030
518341984      +IRS - Payroll Taxes,    200 Sheffield Street,    Mountainside, NJ 07092-2314
518341985      +IRS - Personal Taxes 2017,    Department of Treasury IRS, 310 Lowell S,    Andover, MA 01810-4544
518378750      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518341986       Kinsale Insurance Company,    P.O. Box 775381,    Chicago, IL 60677-5381
518341987      +Merck Employee Federal Credit Unit - Visa,    P.O. Box 2000,    Rahway, NJ 07065-0900
518341988      +Metals USA Plates & Shapes,    182 Frelinghuysen Ave,    Newark, NJ 07114-1534
518341989       Optimum,    P.O. Box 742698,    Centenario, OH 45274-2698
518341990      +Penn Stainless Products Inc. (PA),    190 Kely Road,    Quakertown, PA 18951-4208
518341991       Praxair,    P.O. Box 382000,    Pittsburgh, PA 15250-8000
518341992       Progressive - Drive NJ Insurance Company,    Progressive Department 0561,
                 Carol Stream, IL 60132-0561
518341994       Public Service Electric & Gas,    P.O. Box 1280,    Oaks, PA 19456-1280
518341993       Public Service Electric & Gas,    P.O. Box 2589,    Columbus, OH 43216-2589
518580188      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
518341996       State of New Jersey Div. of Taxation,    Revenue Processing Center,    PO Box 282,
                 Trenton, NJ 08646-0282
518341997       State of New Jersey Division of Taxation,    PO Box 282,    Trenton, NJ 08646-0282
518341998       State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 282,
                 Trenton, NJ 08646-0282
518433660      +TD Bank, N.A.,    c/o Janelly Landa, Esq.,    30 Montgomery Street Suite 1205,
                 Jersey City, NJ 07302-3835
518342001      +Triarsi, Betancourt, Wukovits & Dugan, LLC -,    186 North Avenue,    Cranford, NJ 07016-2439
518342002       University Hospital,    P.O. Box,    Newark, NJ 07103-0009
518342003      +University Hospital,    P.O. Box 48458,    Oak Park, MI 48237-6058
518342004      +University Physician,    P.O. Box 18181,    Newark, NJ 07191-8181
518342009       Wells Fargo (Visa),    P.O. Box 77033,    Minneapolis, MN 55480-7733
518342008       Wells Fargo (Visa),    P.O. Bx 77033,    Minneapolis, MN 55480-7733
518342014       Wellsfargo SBA - Credit Line,    P.O. Box 202902,    Dallas, TX 75320-2902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518341964       EDI: AMEREXPR.COM Mar 05 2020 04:13:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
518392706       EDI: BECKLEE.COM Mar 05 2020 04:08:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518341969       EDI: BANKAMER.COM Mar 05 2020 04:13:00      Bank of America,    P.O. Box 982236,
                 El Paso, TX 79998-2236
518341977       EDI: DISCOVER.COM Mar 05 2020 04:13:00      Discover Bank,    P.O. Box 3008,
                 New Albany, OH 43054-3008
518395142      +EDI: IRS.COM Mar 05 2020 04:13:00      Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3           User: admin              Page 2 of 3              Date Rcvd: Mar 04, 2020
                               Form ID: 148             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518341979         EDI: FORD.COM Mar 05 2020 04:08:00      Ford Motor Company,
                   Ford Motor Company Department ,   194101,    Detroit, MI 48255
518341980         EDI: FORD.COM Mar 05 2020 04:08:00      Ford Motor Credit,    PO Box 55000,    Detroit, MI 48255
518341983        +E-mail/Text: ipfscollectionsreferrals@ipfs.com Mar 04 2020 23:39:43       IPFS Corporation,
                   30 Montgomery Street,   Suite 501,    Jersey City, NJ 07302-3821
518344761        +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
518341999         EDI: TDBANKNORTH.COM Mar 05 2020 04:13:00      TD Bank N.A.,    P.O. Box 84037,
                   Columbus, GA 31908-4037
518342005        +EDI: VERIZONCOMB.COM Mar 05 2020 04:08:00      Verizon,    500 Technology Drive, Suite 550,
                   Saint Charles, MO 63304-2225
518449932        +EDI: AIS.COM Mar 05 2020 04:08:00      Verizon,    by American InfoSource as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518342010        +EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo - Visa,    P.O. Box 9210,
                   Des Moines, IA 50306-9210
518446280         EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
518438425         EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                   N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN 55121-7700
518396116        +EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Bank, N.A.,
                   Small Business Lending Division,    P.O. Box 29482,    Phoenix AZ 85038-9482
518342011         EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Home Equity,    PO Box 10335,
                   Des Moines, IA 50306-0335
518342012         EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Home Mortgage,    PO Box 10335,
                   Des Moines, IA 50306-0335
518342013         EDI: WFFC.COM Mar 05 2020 04:08:00      Wells Fargo Home Mortgage Loan,    P.O. Box 10335,
                   Des Moines, IA 50306-0335
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518341978        Ford Credit Union
518341995        ReadyFresh - Water
518342000        The Blue Book
518342006        Verizon Wireless
518342007        W.W. Grainger, Inc
cr*             +Angel Ramirez,   2515 Davidson Avenue,    Apt. 4E,    Bronx, NY 10468-4298
518341970      ##+C.R.S. Machine Rebuilders,    109-135 Meeker Ave,    Newark, NJ 07114-1300
                                                                                          TOTALS: 5, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Alexander J. Rinaldi    on behalf of Debtor Elizabeth  Cortez jennifer@srr-law.com,
               5390@notices.nextchapterbk.com
              Alexander J. Rinaldi    on behalf of Joint Debtor Alfredo  Cortez jennifer@srr-law.com,
               5390@notices.nextchapterbk.com
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Mar 04, 2020
                              Form ID: 148             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Steven D. Pertuz    on behalf of Creditor Angel  Ramirez pertuzlaw@verizon.net,
           G16461@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 8
```